*E-Filed 3/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE V. JACKSON, | No. C 10-5488 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| G. D. LEWIS, | |
| Defendant. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The original complaint was dismissed owing to plaintiff's failure to file a properly completed application to proceed *in forma pauperis* ("IFP"). The action was reopened when plaintiff completed his IFP application, and the complaint was dismissed with leave to amend within 30 days. Plaintiff was granted an additional 30 days at his request. The due date for the amended complaint has passed, and plaintiff has not filed such a document. Plaintiff has filed a motion to reopen the action (Docket No. 10) in which he vaguely describes some complaints, but it is entirely lacking specific factual allegations from which claims remediable under § 1983 can be construed. Accordingly, the action is hereby DISMISSED. Plaintiff's motion to reopen the action is DENIED as moot, on grounds that the action was

open when he filed his motion.

The Court declines to issue a certificate of appealability.  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  The Clerk shall enter judgment in favor of defendant, terminate Docket No. 10, and close the file.

**IT IS SO ORDERED**.

DATED:  March 15, 2011

RICHARD SEEBORG
United States District Judge